IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG MCBEATH, VALERIE ANN BALDO, as an Individual, and in Representative Capacity of her minor children M.M.G. and O.J.G., and CRYSTAL JOY GRANT, as an Individual, and in Representative Capacity of her minor child C.A.G.,<br><br>Defendants. | CV 24–39–M–DLC<br><br>ORDER |

Plaintiffs Safeco Insurance Company of America and Safeco Insurance Company of Illinois (collectively, "Safeco") have filed a motion for leave to file confidential criminal justice information under seal. (Doc. 32.) The motion is unopposed, and the Court agrees that good cause exists pursuant to Federal Rule of Civil Procedure 5.2(d) and District of Montana Local Rule 5.2(b).

Accordingly, IT IS ORDERED that the Safeco's motion (Doc. 32) is GRANTED. The documents are deemed filed. (*See* Doc. 33.)

1

DATED this 31st day of March, 2025.

                                                          Dana L. Christensen, District Judge
                                                          United States District Court