UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Safeco Insurance Company of America et al,<br><br>Plaintiffs,<br><br>vs.<br><br>Craig McBeath et al,<br><br>Defendants. | Case No. CV-24-39-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that Summary judgment is entered in favor of Safeco.

　　Dated this 28th day of August, 2025

　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　By:  /s/ Click or tap here to enter text.
　　　　　　　　　　 Deputy Clerk